IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TAMARA M. J.,

    **Plaintiff,**

v.           Civil Action No. 3:21cv651

KILOLO KIJAKAZI,
*Acting Commissioner of Social Security*,

    **Defendant.**

## FINAL ORDER

This matter comes before the Court on the July 13, 2022 Report and Recommendation (the "R&R") issued by the Honorable Mark R. Colombell, United States Magistrate Judge. (ECF No. 21.) The R&R recommends that Plaintiff's Motion for Summary Judgment, (ECF No. 14), be granted, Defendant's Motion for Summary Judgment, (ECF No. 19), be denied, and the final decision of the Commissioner be vacated and remanded. No objections to the R&R have been filed and the time to do so has expired.

Finding no error, the Court:

(1) ADOPTS the findings and recommendations as set forth in the R&R, (ECF No. 21);

(2) GRANTS Plaintiff's Motion for Summary Judgment, (ECF No. 14);

(3) DENIES Defendant's Motion for Summary Judgment, (ECF No. 19);

(4) VACATES and REMANDS the final decision of the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g); and,

(5) DIRECTS the Clerk to CLOSE this case.

Let the Clerk of the Court send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 7-28-2022
Richmond, Virginia

M. Hannah Lauck
United States District Judge